## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00038-CMA-14

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAMONA ROMAN,

    Defendant.

_____

## ORDER
_____

    PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on March 11, 2014, it is

    ORDERED that Defendant Ramona Roman, is sentenced to TIME SERVED.

    DATED: March 11, 2014

                        BY THE COURT:

                        _____
                        Christine M. Arguello
                        United States District Judge