IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01173-CMA
Criminal Action No. 12-cr-00038-CMA-14

UNITED STATES OF AMERICA,

    Plaintiff,

v.

14. RAMONA ROMAN,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed.R.Civ.P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Dismissing 28 U.S.C. §2255 Motion of Judge Christine M. Arguello entered on August 27, 2015, it is

ORDERED that the 28 U.S.C. § 2255 Motion (Docket No. 944, filed June 4, 2015) is DISMISSED for lack of jurisdiction. It is

FURTHER ORDERED that the corresponding civil action is dismissed.

DATED: August 27, 2015

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                s/ V. Barnes
                V. Barnes, Deputy Clerk